UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD K. ODELL,<br><br>    Plaintiff,<br><br>    v.<br><br>RON BLOOMFIELD, et al.,<br><br>    Defendants. | Case No. 23-cv-04795-JD<br><br>**ORDER RE DISMISSAL** |

After plaintiff sent by USPS mail a complaint under 42 U.S.C. § 1983 and an application to proceed in forma pauperis ("IFP") from the Correctional Training Facility, a facility which participates in prison email filing with this Court, the Clerk sent him a Notice to file his complaint and IFP application by prison email as required by General Order No. 76. Dkt. No. 1. Plaintiff has not complied with these instructions or shown good cause for not doing so. Plaintiff has until December 15, 2023, to comply with the filing instructions, or file a declaration stating why he cannot comply. If he misses this deadline, the case will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: November 14, 2023

JAMES DONATO
United States District Judge